```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF ARKANSAS
                      HOT SPRINGS DIVISION
```

JOSEPH BURKE and
ANGELS HERITAGE & GLORY, INC.,                           PLAINTIFFS

v.                          CASE NO. 06-6078

E-BAY, INC.; PAYPAL, INC.;
and CABLELYNX.COM,                                       DEFENDANTS

## ORDER

Before the Court are Defendants E-Bay, Inc.'s and Pay Pal, Inc.'s Motion to Dismiss (Doc. 3) and supporting brief (Doc. 4) as well as Plaintiffs' Response (Doc. 6) and Defendants' Reply (Doc. 9). For the reasons stated herein, Defendants E-Bay and Pay Pal's Motion to Dismiss is GRANTED.

Plaintiffs contend they entered into an agreement with Defendants E-bay and PayPal where E-bay and PayPal would provide a way for third-party customers to purchase Plaintiffs' book, "Books of Wisdom" via Plaintiffs' website. PayPal provided a link on Plaintiffs' website for consumers to purchase "Books of Wisdom" through the PayPal forum. Plaintiffs contend the link was negligently operated by PayPal and consumers were not able to purchase the book through their website. Plaintiffs contend PayPal refused to correct the faulty link although Plaintiffs alerted PayPal that the link was malfunctioning. Plaintiffs have alleged causes of action against E-Bay and PayPal for breach of contract, interference with business expectancy, and negligence. These allegations are based in part upon PayPal's user agreement.

In their Motion to Dismiss, the Defendants contend Plaintiffs' claims fail because of the forum selection clause in PayPal's user agreement which requires that disputes be resolved through litigation in Santa Clara County, California. E-bay and PayPal contend this user agreement covers the breach of contract and the tort claims asserted against them. The Defendants assert: (1) the forum selection clause is "prima facie valid," (2) and the Plaintiffs agreed to and accepted the clause in the user agreement, (3) the clause is not unjust or unreasonable, and (4) the agreement was not secured through fraud or overreaching. Plaintiffs contend the forum selection clause shall not be enforced as it is unreasonable and unfair; contained within a contract of adhesion; and unconscionable. Plaintiffs rely on *Comb v. PayPal, Inc.*, 218 F. Supp.2d 1165 (N.D. Cal. 2002), where the Court found the forum selection clause and the arbitration clause in the 2002 user agreement to be unenforceable as a matter of law.

The issue in *Comb* was the enforceability of an arbitration provision relating to class claims in the 2002 user agreement, while the agreement at issue in our case is a 2004 user agreement. *Comb* also involved the arbitration provision of the user agreement, where our inquiry is into the forum selection clause of the agreement. The user agreement in our case clearly provides a forum selection clause that designates the forum of choice to Santa Clara County, California. Plaintiffs' only objections to the forum

selection clause are arguments based upon *Comb*, which is inapplicable to the issues in this case.  Accordingly, the Court can find no reason why the forum selection clause in the user agreement is not applicable and should not be enforced.  The Motion to Dismiss filed by Defendants E-bay and PayPal (Doc. 3) is GRANTED and this case is DISMISSED as to Defendants E-bay and PayPal.
IT IS SO ORDERED.

```
                                    /s/ Robert T. Dawson
Dated:   April 24, 2007             Robert T. Dawson
                                    United States District Judge
```