```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF ARKANSAS
                      HOT SPRINGS DIVISION

JOSEPH BURKE and
ANGELS HERITAGE & GLORY, INC.                          PLAINTIFFS

v.                         CASE NO. 06-6078

E-BAY, INC.; PAYPAL, INC.;
and CABLELYNX.COM                                      DEFENDANTS
```

## ORDER

Plaintiff filed their complaint on December 15, 2006 alleging negligence, breach of contact, and tortious interference with a business expectancy. On April 24, 2007 the court dismissed separate defendants E-bay, Inc. and PayPal, Inc. due to a forum selection clause in the contract. The case is before the court on separate defendant Cablelynx.com's Motion to Dismiss (Doc. 19) and Memorandum Brief in Support (Doc. 20).

Cablelynx.com contends there is no diversity, and subsequently no subject matter jurisdiction under 28 U.S.C. § 1332. Cablelynx.com states not is not a business entity of any kind, and it is not capable of being sued. Rather, Cablelynx.com is a service mark of WEHCO Video, Inc., an Arkansas Corporation with its principal place of business in Little Rock, Arkansas. Plaintiffs state they are citizens and residents of the State of Arkansas and no diversity of citizenship exists.

Plaintiffs have not responded to the Motion to Dismiss by Cablelynx.com and the time for response has expired.

Upon due consideration, and for good cause shown, the Motion

to Dismiss by Cablelynx.com is GRANTED.  Plaintiff's Complaint against Cablelynx.com is DISMISSED for lack of subject matter jurisdiction.  As the other defendants have been previously dismissed, this case is now closed.

IT IS SO ORDERED.

Dated:   May 18, 2007                 /s/ Robert T. Dawson
                                      Robert T. Dawson
                                      United States District Judge